# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | | |
|---|---|---|
| JOHNNY PARSONS, <br> ADC #15166, | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * | No. 5:19-cv-00246-JJV |
| | * | |
| CHRIS HORAN, Provider, Medical Doctor, <br> Tucker Infirmary, ADC, *et al.* | * <br> * <br> * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 22nd day of June 2020.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE